Same case below, 363 Fed. Appx. 232.

**No. 09-11185. Chedrick Crummie, Petitioner v. United States.**

562 U.S. 866, 131 S. Ct. 155, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6495.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 371 Fed. Appx. 20.

**No. 09-11186. Kun Tauch, Petitioner v. California.**

562 U.S. 866, 131 S. Ct. 155, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6604.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-11187. Brian Tucker, Petitioner v. United States.**

562 U.S. 866, 131 S. Ct. 155, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6706.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 643.

**No. 09-11188. Arnaldo Torres Santiago, Petitioner v. Pennsylvania.**

562 U.S. 866, 131 S. Ct. 155, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6718.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 980 A.2d 659.

**No. 09-11189. Rudy Stanko, Petitioner v. Maureen Cruz, Warden, et al.**

562 U.S. 866, 131 S. Ct. 156, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6630.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 360 Fed. Appx. 725.

**No. 09-11190. Charles Edward Owens, Petitioner v. Georgia.**

562 U.S. 866, 131 S. Ct. 156, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6512.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 821, 693 S.E.2d 490.

**No. 09-11191. Craig Rucker, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 866, 131 S. Ct. 390, 178 L. Ed. 2d 93, 2010 U.S. LEXIS 6460.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.